# EXHIBIT B




# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00121

**FECHA DE EMISION**
16/12/2014 09:15:59

**FECHA DE TIMBRADO**
17/12/2014 15:22:59

| | | |
|---|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion | |
| METODO DE PAGO | Transferencia Bancaria | |
| CONDICIONES DE PAGO | Credito 30 dÃas | |
| LUGAR DE EXPEDICION | LOS REYES | |
| RÉGIMEN FISCAL | General | |

**CLIENTE**
SWEETLEAF PRODUCE INC
Madison Ave. 261
NEW YORK NY ESTADOS UNIDOS CP:10016
XEXX010101000

**FOLIO FISCAL**
905B613E-DECD-4198-9EFA-3C84C3C62B61

**CERTIFICADO DIGITAL**
00001000000301128979

**SERIE CERTIFICADO SAT**
00001000000202864530

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 253.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON –ETIQ / USA –PBE | no aplica | 19.34 | 4,893.02 |
| 240.00 | LAGORAI FRESH RASPBERRY 6 OZ SWEETLEAF / CON –ETIQ / USA –P | no aplica | 3.65 | 876.00 |
| 1,436.00 | TUPY FRESH BLACKBERRY 6 OZ SWEETLEAF / CON –ETIQ / USA –P | no aplica | 2.91 | 4,178.76 |
| 244.00 | TUPY FRESH BLACKBERRY 6 OZ SWEETLEAF / CON –ETIQ / USA –P | no aplica | 2.91 | 710.04 |

915
COUNTRY OF ORIGN: MEXICO
THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY.
REGISTRO FDA: 13747381234
PRODUCTO ENTARIMADO EN MADERA

| | |
|---|---|
| SUBTOTAL | 10,657.82 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 10,657.82 |

**IMPORTE CON LETRA**
(DIEZ MIL SEISCIENTOS CINCUENTA Y SIETE DOLARES 82/100 USD)

## Cadena Original:
||1.0|905B613E-DECD-4198-9EFA-3C84C3C62B61|2014-12-17T09:22:59|ZKpW6yM8qckZ1cHQY1rBgrhaqV7zu4pyn1PXyjVAf/OPFv
xiD/9bOQHWYX9XcF4fChqVdt23SIZuIY/rRoCu/zob65B7ULff00byfxWDfvAeS7kUEGlsMZDC7lHGQQOOYTkDUEyKJabCODtzsuawG
uLrGN1qu00EfBG7FdwTxZA=|00001000000202864530||

## Sello Digital del CFDI
ZKpW6yM8qckZ1cHQY1rBgrhaqV7zu4pyn1PXyjVAf/OPFvxiD/9bOQHWYX9XcF4fChqVdt23SIZuIY/rRoCu/zob65B7ULff00byfxWDfvA
eS7kUEGlsMZDC7lHGQQOOYTkDUEyKJabCODtzsuawGuLrGN1qu00EfBG7FdwTxZA=">

## Sello Digital del SAT
H3Us4Cd8wZtlrh/sTXhvEu/sOp9ECabBygTxmZXutWUC2ICadzGJKDyakE3YYq+wGM5g2y3uujHqYa3YcKfX2XQJNkwuqemCtlNwbH
dOaA/D8pSauxgC2/b4JiqKpdQIX2SjBGR83u+M5O+rCekYo1e8BBC5ZqbB+nogKk+tD4A=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI



# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00122

**FECHA DE EMISION**
18/12/2014 10:08:46

**FECHA DE TIMBRADO**
19/12/2014 16:16:22



| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃas |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

| CLIENTE | FOLIO FISCAL |
|---|---|
| SWEETLEAF PRODUCE INC | 647FFF80-CF61-4A39-A11B-A1E8DB8B5760 |
| Madison Ave. 261 | CERTIFICADO DIGITAL |
| NEW YORK NY ESTADOS UNIDOS CP:10016 | 00001000000301128979 |
| XEXX010101000 | SERIE CERTIFICADO SAT |
| | 00001000000202864530 |

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 482.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON –ETIQ / USA –PBE | no aplica | 19.34 | 9,321.88 |
| | 405 | | | |
| | COUNTRY OF ORIGN: MEXICO | | | |
| | THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY. | | | |
| | REGISTRO FDA: 13747381234 | | | |
| | PRODUCTO ENTARIMADO EN MADERA | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 9,321.88 |
| | DESCUENTO | 0.00 |
| IMPORTE CON LETRA | IVA | 0.00 |
| (NUEVE MIL TRESCIENTOS VEINTIUN DOLARES 88/100 USD) | TOTAL | 9,321.88 |

**Cadena Original:**
||1.0|647FFF80-CF61-4A39-A11B-A1E8DB8B5760|2014-12-19T10:16:22|oAC58c8kXWqkeOomBXCFfTFAk3N2PXD7euDFTtilGbBN
UYBuxBM7es2fZg9HWDERMUbhhnHkFdxyN2ZQ7OtUpvG9iOXxSFRiUeuCFznr8pqkG3WACzIBoZHfngON/QUNV2QKcjXZlRlhqR42
7A4vTeLh8kFqeeUfJv2KczpXmGs=|00001000000202864530||

**Sello Digital del CFDI**
oAC58c8kXWqkeOomBXCFfTFAk3N2PXD7euDFTtilGbBNUYBuxBM7es2fZg9HWDERMUbhhnHkFdxyN2ZQ7OtUpvG9iOXxSFRiUeu
CFznr8pqkG3WACzIBoZHfngON/QUNV2QKcjXZlRlhqR427A4vTeLh8kFqeeUfJv2KczpXmGs="&gt;

**Sello Digital del SAT**
Zz8oSxnVQl9k+oDMZaPczoAz8uLBFMDNQNR9CUvh5y1l3IDky3dhR30ouQMH19BgLeZ/Lzzfqp74arpLr410U3SQ86I3qvpNmk81ZaQu
Dek2SqqVz3ZVHOEB8gSBwKp+qamcUehbqi/YaFho/HW7pfYd6nPKeDtQpznZy/oGOGo=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI



# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00123

FECHA DE EMISION
21/12/2014 13:02:12

FECHA DE TIMBRADO
22/12/2014 19:10:59



| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃas |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

| CLIENTE | |
|---|---|
| SWEETLEAF PRODUCE INC | FOLIO FISCAL |
| Madison Ave. 261 | 160F3037-F953-402F-8662-39A620DEB6A9 |
| NEW YORK NY ESTADOS UNIDOS CP:10016 | CERTIFICADO DIGITAL |
| XEXX010101000 | 00001000000301128979 |
| | SERIE CERTIFICADO SAT |
| | 00001000000202864530 |

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 756.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON –ETIQ / USA –PBE | no aplica | 19.34 | 14,621.04 |
| | 553 | | | |
| | COUNTRY OF ORIGN: MEXICO | | | |
| | THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY. | | | |
| | REGISTRO FDA: 13747381234 | | | |
| | PRODUCTO ENTARIMADO EN MADERA | | | |

| | |
|---|---|
| SUBTOTAL | 14,621.04 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 14,621.04 |

IMPORTE CON LETRA
(CATORCE MIL SEISCIENTOS VEINTIUN DOLARES 04/100 USD)

**Cadena Original:**
||1.0| 160F3037-F953-402F-8662-39A620DEB6A9|2014-12-22T13:10:59|Gh0/0oHcTynVQX6F7giFufaOLVeMt+eM9oSgl4v42ril9Tnt+yl0l1E0Y627wBhxtxF5HzXsbno3aeuRoKirZWxT3aMaM4XVMbhrLSBDo8X6mwoMQM4m5UjOgyp190d+t9xvnqHmGtXMiZlm44AZdd O7hZMdU2fOhUjnU5qJ6lIU=|00001000000202864530||

**Sello Digital del CFDI**
Gh0/0oHcTynVQX6F7giFufaOLVeMt+eM9oSgl4v42ril9Tnt+yl0l1E0Y627wBhxtxF5HzXsbno3aeuRoKirZWxT3aMaM4XVMbhrLSBDo8 X6mwoMQM4m5UjOgyp190d+t9xvnqHmGtXMiZlm44AZddO7hZMdU2fOhUjnU5qJ6lIU=">

**Sello Digital del SAT**
da/MKS4WW3gF6hn0m/9wb2QH/rPNzAFXJkLRB3bWTa97NVFJpJkECu4MiU3WhfiRqGimFJXF+FFgHKMAYAgecdST31GJAB2npn 3RTneT8F6+XgloCYZq8R5fl1YAt/P2No/d7VOoo0jZHnv+9PSs15jT3quhSoK86iHfdCN/qlk=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI




# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00124

FECHA DE EMISION
23/12/2014 19:06:12

FECHA DE TIMBRADO
24/12/2014 01:15:14

| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃ-as |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

**CLIENTE**
SWEETLEAF PRODUCE INC
Madison Ave. 261
NEW YORK NY ESTADOS UNIDOS CP:10016
XEXX010101000

**FOLIO FISCAL**
9609FFB5-733B-4678-A417-3BA4D7445B22

**CERTIFICADO DIGITAL**
00001000000301128979

**SERIE CERTIFICADO SAT**
00001000000202864530

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 432.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON –ETIQ / USA –PBE | no aplica | 19.34 | 8,354.88 |
| | 502 | | | |
| | COUNTRY OF ORIGN: MEXICO | | | |
| | THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY. | | | |
| | REGISTRO FDA: 13747381234 | | | |
| | PRODUCTO ENTARIMADO EN MADERA | | | |

| | |
|---|---|
| SUBTOTAL | 8,354.88 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 8,354.88 |

IMPORTE CON LETRA
(OCHO MIL TRESCIENTOS CINCUENTA Y CUATRO DOLARES 88/100 USD)

**Cadena Original:**
||1.0|9609FFB5-733B-4678-A417-3BA4D7445B22|2014-12-23T19:15:14|yff2iu8KI1uCUTfbea4IK5IEBvknZ/WZichWvfxBD/riAPoA3uc Q0fRq/kqzUiLLMfrWy8Rlm/nPoGUtsGtShLVn6bH8m36dbIh0qoIqwM6NSLScFlpBYP/8K5wbN4YXExH17RuDZASaXXP9FuAmBY7gq 7L3czpoYvFbeZQwT04=|00001000000202864530||

**Sello Digital del CFDI**
yff2iu8KI1uCUTfbea4IK5IEBvknZ/WZichWvfxBD/riAPoA3ucQ0fRq/kqzUiLLMfrWy8Rlm/nPoGUtsGtShLVn6bH8m36dbIh0qoIqwM6N SLScFlpBYP/8K5wbN4YXExH17RuDZASaXXP9FuAmBY7gq7L3czpoYvFbeZQwT04=">

**Sello Digital del SAT**
X+/kM3Zstw/hn4DoSDHLM9SI1mnaoBfqE5blpBgkUEcc5doFYEhmu2mD/3uS+EDanqiEX5LPSgTx82W4Y3fdj5vuM7hvFgvkm4Rxo8T vykajT1gkc/lV+2wkDlV+UG3mgy85lvGL0TOZ/0Zv+n0QIJeO9i3kQVlG77dIvuolrNQ=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI




# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00125

FECHA DE EMISION
26/12/2014 19:34:49

FECHA DE TIMBRADO
27/12/2014 01:42:25

| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃas |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

| CLIENTE | |
|---|---|
| SWEETLEAF PRODUCE INC | FOLIO FISCAL |
| Madison Ave. 261 | E7D155B2-E01E-40FD-899C-9D9658461B60 |
| NEW YORK NY ESTADOS UNIDOS CP:10016 | CERTIFICADO DIGITAL |
| XEXX010101000 | 00001000000301128979 |
| | SERIE CERTIFICADO SAT |
| | 00001000000202864530 |

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 463.00 | FESTIVAL FRESH STRAWBERRY 1 LB // CON -ETIQ // USA –PBE | no aplica | 15.60 | 7,222.80 |
| 395.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON -ETIQ / USA –PBE | no aplica | 15.60 | 6,162.00 |

803

COUNTRY OF ORIGN: MEXICO
THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY.
REGISTRO FDA: 13747381234
PRODUCTO ENTARIMADO EN MADERA

| | | |
|---|---|---|
| | SUBTOTAL | 13,384.80 |
| | DESCUENTO | 0.00 |
| IMPORTE CON LETRA | IVA | 0.00 |
| (TRECE MIL TRESCIENTOS OCHENTA Y CUATRO DOLARES 80/100 USD) | TOTAL | 13,384.80 |

**Cadena Original:**

||1.0|E7D155B2-E01E-40FD-899C-9D9658461B60|2014-12-26T19:42:25|EQ3PhfHO5IfhT9Wg7qQUbWc84T1FxUr4sJnQ+7RXQpyT
HX933Pz+GOW9Id/Rmx28OeXW6w8KEC8FIYfKb9cZYXhxIky3eWIQZbEZID369ImUSGC4k4WH42wSeAyebuqUHGd5Q0aeabFgA441
a34O6EtIks7YrTY8xgk1hfBcuXE=|00001000000202864530||

**Sello Digital del CFDI**

EQ3PhfHO5IfhT9Wg7qQUbWc84T1FxUr4sJnQ+7RXQpyTHX933Pz+GOW9Id/Rmx28OeXW6w8KEC8FIYfKb9cZYXhxIky3eWIQZbEZI
D369ImUSGC4k4WH42wSeAyebuqUHGd5Q0aeabFgA441a34O6EtIks7YrTY8xgk1hfBcuXE=">

**Sello Digital del SAT**

fEBH3a4kteCm8aQTvOOBlyH6HqpWaz4RM+A4LxAG5LhHMkkZwCG4pZov63C7J28gizV4w5RhdmcjZtYm1gfMsoEc2mvZGqRvR9F1o
s/x4cBcRakkCLYhLefG/YInvfsfi6YpS5wzs1wGObxk646WbRHI5Y1vE/Ee2SVu5L/PYLE=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI




# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00126

FECHA DE EMISION
30/12/2014 19:19:44

FECHA DE TIMBRADO
31/12/2014 01:28:04

| | | |
|---|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion | |
| METODO DE PAGO | Transferencia Bancaria | |
| CONDICIONES DE PAGO | Credito 30 dÃas | |
| LUGAR DE EXPEDICION | LOS REYES | |
| RÉGIMEN FISCAL | General | |

**CLIENTE**
SWEETLEAF PRODUCE INC
Madison Ave. 261
NEW YORK NY ESTADOS UNIDOS CP:10016
XEXX010101000

**FOLIO FISCAL**
DCA1A8BE-5C80-457A-8017-C82DB759B0C1

**CERTIFICADO DIGITAL**
00001000000301128979

**SERIE CERTIFICADO SAT**
00001000000202864530

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---:|---|---|---:|---:|
| 18.00 | FESTIVAL FRESH STRAWBERRY 1 LB / CON -ETIQ / SIN -DIVISOR / U | no aplica | 15.60 | 280.80 |
| 693.00 | FESTIVAL FRESH STRAWBERRY 1 LB / DASHA FRUT / SIN -DIVISOR / | no aplica | 15.60 | 10,810.80 |
| 369.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON -ETIQ / USA -PBE | no aplica | 15.60 | 5,756.40 |
| 883.00 | TUPY FRESH BLACKBERRY 6 OZ SWEETLEAF / CON -ETIQ / USA -P | no aplica | 2.13 | 1,880.79 |
| 1,517.00 | TUPY FRESH BLACKBERRY 6 OZ SWEETLEAF / CON -ETIQ / USA -P | no aplica | 2.13 | 3,231.21 |

CAJA R01

COUNTRY OF ORIGN: MEXICO
THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY.
REGISTRO FDA: 13747381234
PRODUCTO ENTARIMADO EN MADERA

| | |
|---|---:|
| SUBTOTAL | 21,960.00 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 21,960.00 |

IMPORTE CON LETRA
(VEINTIUN MIL NOVECIENTOS SESENTA DOLARES 00/100 USD)

**Cadena Original:**
||1.0|DCA1A8BE-5C80-457A-8017-C82DB759B0C1|2014-12-30T19:28:04|achG5oxuXiuMm/s12lzc5iuhzF4K5ccyVo7F9jgUdlZrQD7xfFowL4Q/j2DnQyHF+t42hWHosSt2p7b7MV7fkzrZzFw2FcZYShwznmOGg7+v0d++ceejTzFIrrQei4fP+B5pi5I09ZPXEQyj2/IBYe+nF2ihZFatKYI1Dm/6zqM=|00001000000202864530||

**Sello Digital del CFDI**
achG5oxuXiuMm/s12lzc5iuhzF4K5ccyVo7F9jgUdlZrQD7xfFowL4Q/j2DnQyHF+t42hWHosSt2p7b7MV7fkzrZzFw2FcZYShwznmOGg7+v0d++ceejTzFIrrQei4fP+B5pi5I09ZPXEQyj2/IBYe+nF2ihZFatKYI1Dm/6zqM=">

**Sello Digital del SAT**
sveQS/YUpzghy8UEl+alAjJBtRJGe6evbFT7SHgINcjdLfxWWQ6nlYptFoEdLFB6truF5NQwnVLZuS4tyPEbu3sswVN2J6hir6uTAQDB3VOi9ILKNuKpq4udSEP7R7yoaTUvHgqGBDghn2RHv1wmp4jM8H4/7tZDqcPE87k96XY=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI



# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00127

FECHA DE EMISION
02/01/2015 19:20:31

FECHA DE TIMBRADO
03/01/2015 01:29:11



| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃ-as |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

| CLIENTE | |
|---|---|
| SWEETLEAF PRODUCE INC | FOLIO FISCAL: 0F321AA0-E45D-467D-A565-848CAA12D65E |
| Madison Ave. 261 | CERTIFICADO DIGITAL: 00001000000301128979 |
| NEW YORK NY ESTADOS UNIDOS CP:10016 | SERIE CERTIFICADO SAT: 00001000000202864530 |
| XEXX010101000 | |

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 51.00 | FESTIVAL FRESH STRAWBERRY 1 LB / CON –ETIQ / SIN –DIVISOR / U | no aplica | 3.20 | 163.20 |
| 907.00 | FESTIVAL FRESH STRAWBERRY 1 LB / DASHA FRUT / SIN –DIVISOR / | no aplica | 3.20 | 2,902.40 |
| 14.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON –ETIQ / USA –PBE | no aplica | 3.20 | 44.80 |

915

COUNTRY OF ORIGN: MEXICO
THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY.
REGISTRO FDA: 13747381234
PRODUCTO ENTARIMADO EN MADERA

| | |
|---|---|
| SUBTOTAL | 3,110.40 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 3,110.40 |

IMPORTE CON LETRA
(TRES MIL CIENTO DIEZ DOLARES 40/100 USD)

**Cadena Original:**
||1.0|0F321AA0-E45D-467D-A565-848CAA12D65E|2015-01-02T19:29:11|UxOLvez8HPC4ffaPu/2XZUjwaI2xUeAaxZyQCpkAo9EpX5mdfuJXgegfIM1GJeej1FYN3iU1tQbfaxBl5YzrTeAluko/ydxPpR7OiKwc4rDU6btiDNH0MJETuIqRbciXfy2Hm/xqxU2xxLgvTwPV4H042bQQBpMBj5x/eQJFz8s=|00001000000202864530||

**Sello Digital del CFDI**
UxOLvez8HPC4ffaPu/2XZUjwaI2xUeAaxZyQCpkAo9EpX5mdfuJXgegfIM1GJeej1FYN3iU1tQbfaxBl5YzrTeAluko/ydxPpR7OiKwc4rDU6btiDNH0MJETuIqRbciXfy2Hm/xqxU2xxLgvTwPV4H042bQQBpMBj5x/eQJFz8s=">

**Sello Digital del SAT**
dm4GdHb6viZqvs1fJpL/nCo8mS88JAB0Q4LmXSN8/X7yGiGNi+B0wX0Wu4MMFPobhQdbDquioR3M5xyWGp16cfxxulwzUr9I4imBld1emT5Q9muI3ToH+WnGHGxt5HpKojWShsypvR6gNQorHsd1+MG9bBbrZyGww6+suL0ABjw=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI




# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00129

**FECHA DE EMISION**
04/01/2015 12:56:28

**FECHA DE TIMBRADO**
05/01/2015 19:03:10

| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃas |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

**CLIENTE**
SWEETLEAF PRODUCE INC
Madison Ave. 261
NEW YORK NY ESTADOS UNIDOS CP:10016
XEXX010101000

**FOLIO FISCAL**
4439F613-5E29-4214-8278-F72A906877AA

**CERTIFICADO DIGITAL**
00001000000301128979

**SERIE CERTIFICADO SAT**
00001000000202864530

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 53.00 | FESTIVAL FRESH STRAWBERRY 1 LB / CON –ETIQ / SIN –DIVISOR / U | no aplica | 3.20 | 169.60 |
| 574.00 | FESTIVAL FRESH STRAWBERRY 1 LB / DASHA FRUT / SIN –DIVISOR / | no aplica | 3.20 | 1,836.80 |
| 21.00 | FESTIVAL FRESH STRAWBERRY 1 LB/ CON –ETIQ / USA –PBE | no aplica | 3.20 | 67.20 |

190

COUNTRY OF ORIGN: MEXICO
THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY.
REGISTRO FDA: 13747381234
PRODUCTO ENTARIMADO EN MADERA

| | |
|---|---|
| SUBTOTAL | 2,073.60 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 2,073.60 |

**IMPORTE CON LETRA**
(DOS MIL SETENTA Y TRES DOLARES 60/100 USD)

**Cadena Original:**
||1.0|4439F613-5E29-4214-8278-F72A906877AA|2015-01-05T13:03:10|JiwY+3qcAXrz4Aj6mCth2uOpxETDYssv0vbLsOQLi1FIssX9n
xl1EiSuigbVrOyihLX86wf7G0awssHMjTbrndhW70dNqIrL5ovcag7xasaw03GebX4dzNCVJh92ZRMuE+r0tXwJTKB+D6+iW0MUrnZHO
/nNlPeq2+5p9GOXvw=|00001000000202864530||

**Sello Digital del CFDI**
JiwY+3qcAXrz4Aj6mCth2uOpxETDYssv0vbLsOQLi1FIssX9nxl1EiSuigbVrOyihLX86wf7G0awssHMjTbrndhW70dNqIrL5ovcag7xasaw
03GebX4dzNCVJh92ZRMuE+r0tXwJTKB+D6+iW0MUrnZHO/nNlPeq2+5p9GOXvw=">

**Sello Digital del SAT**
PoREfl4yFndF1+Kmg9vd6B7N+u0RewmLkZz6i9KfF7XM72YMS6jSO7p50gltchsXL5iMcULAkep4uolS0mAAS3CuZkEW3pjAZp0sN3X
0WQo/KTtpcZlYXcsknet13pg+sbqHRzm8mtz4/O/7NxbQxKPk/B1rFwf1+flGMAn4BA=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI



# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00131

FECHA DE EMISION
06/01/2015 19:57:18

FECHA DE TIMBRADO
07/01/2015 02:06:20



| | FORMA DE PAGO | Pago en una sola exhibicion |
| --- | --- | --- |
| | METODO DE PAGO | Transferencia Bancaria |
| | CONDICIONES DE PAGO | Credito 30 dÃas |
| | LUGAR DE EXPEDICION | LOS REYES |
| | RÉGIMEN FISCAL | General |

| CLIENTE | FOLIO FISCAL |
| --- | --- |
| SWEETLEAF PRODUCE INC | 0F8FD0E5-DD47-431D-AD3B-EB1848AEF4E7 |
| Madison Ave. 261 | CERTIFICADO DIGITAL |
| NEW YORK NY ESTADOS UNIDOS CP:10016 | 00001000000301128979 |
| XEXX010101000 | SERIE CERTIFICADO SAT |
| | 00001000000202864530 |

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
| --- | --- | --- | --- | --- |
| 324.00 | FESTIVAL FRESH STRAWBERRY 1 LB / DASHA FRUT / SIN –DIVISOR / | no aplica | 3.20 | 1,036.80 |
| 9.00 | TUPY FRESH BLACKBERRY 12 OZ SWEETLEAF / CON –ETIQ / USA –P | no aplica | 3.20 | 28.80 |
| 151.00 | TUPY FRESH BLACKBERRY 12 OZ SWEETLEAF / CON –ETIQ / USA –P | no aplica | 3.20 | 483.20 |

214

COUNTRY OF ORIGN: MEXICO
THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY.
REGISTRO FDA: 13747381234
PRODUCTO ENTARIMADO EN MADERA

| | | | SUBTOTAL | 1,548.80 |
| --- | --- | --- | --- | --- |
| | | | DESCUENTO | 0.00 |
| IMPORTE CON LETRA | | | IVA | 0.00 |
| (UN MIL QUINIENTOS CUARENTA Y OCHO DOLARES 80/100 USD) | | | TOTAL | 1,548.80 |

**Cadena Original:**

||1.0|0F8FD0E5-DD47-431D-AD3B-EB1848AEF4E7|2015-01-06T20:06:20|SmVDYXDi63YKVrqlHWjzXPgCGrOJobxBz8tDVNqv9K0WiZShXVobfU0O/p/DcW9ZK3VodL5f9gQtdsGuaV4oEVVkzWbUzZ4FoZQFjaODfd7Lvw9T64haTfUAr1wFTHpts9fgudDAbS7b/vUr0kwvhAd++R5fHCEuxWSdjoGV6c=|00001000000202864530||

**Sello Digital del CFDI**

SmVDYXDi63YKVrqlHWjzXPgCGrOJobxBz8tDVNqv9K0WiZShXVobfU0O/p/DcW9ZK3VodL5f9gQtdsGuaV4oEVVkzWbUzZ4FoZQFjaODfd7Lvw9T64haTfUAr1wFTHpts9fgudDAbS7b/vUr0kwvhAd++R5fHCEuxWSdjoGV6c=">

**Sello Digital del SAT**

JRDCMRtDGi4RtqBSX0c1jMaAASJ1Wa2W2nnaSNagfxH6zmMwOqS4h9yN/lhL2dba0Ak1NliQSd1OPFvAPDJTo2r5PFiCWXWRnimYElS64QJ2RDDU9RNqJgBQoPBvLwSokOqhr2rgsJeL1/oR4k8snM5lAc0aUjXiC3fHDHsIrjQ=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI



# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00134

FECHA DE EMISION
08/01/2015 09:31:24

FECHA DE TIMBRADO
09/01/2015 15:39:27



| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃas |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

| CLIENTE | |
|---|---|
| SWEETLEAF PRODUCE INC | FOLIO FISCAL |
| Madison Ave. 261 | A72B8E18-3DF6-473D-9597-8A700099C262 |
| NEW YORK NY ESTADOS UNIDOS CP:10016 | CERTIFICADO DIGITAL |
| XEXX010101000 | 00001000000301128979 |
| | SERIE CERTIFICADO SAT |
| | 00001000000202864530 |

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 540.00 | FESTIVAL FRESH STRAWBERRY 1 LB / DASHA FRUT / SIN –DIVISOR / | no aplica | 3.20 | 1,728.00 |
| 1,684.00 | TUPY FRESH BLACKBERRY 6 OZ SWEETLEAF / CON –ETIQ / USA –P | no aplica | 2.13 | 3,586.92 |
| 716.00 | TUPY FRESH BLACKBERRY 6 OZ SWEETLEAF / CON –ETIQ / USA –P | no aplica | 2.13 | 1,525.08 |

CAJA TF104

COUNTRY OF ORIGN: MEXICO
THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY.
REGISTRO FDA: 13747381234
PRODUCTO ENTARIMADO EN MADERA

| | |
|---|---|
| SUBTOTAL | 6,840.00 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 6,840.00 |

IMPORTE CON LETRA
(SEIS MIL OCHOCIENTOS CUARENTA DOLARES 00/100 USD)

**Cadena Original:**
||1.0|A72B8E18-3DF6-473D-9597-8A700099C262|2015-01-09T09:39:27|n4+2O1BhweDCV0P4OFgZli4qMSi+GbsiyFN9Rfu0vDQeQw
dx5Gf2Ah/04y8pOWJ/yqgjP2VVGEelRCv/P7PtlgUIfjX9wtFIhxX0w7C6JDQ8I74TMMwvLoh9iLZRzeKPen3GYCJLY1qhpANWuV6M4yb
pYXVsv33e4W91i2xp6kM=|00001000000202864530||

**Sello Digital del CFDI**
n4+2O1BhweDCV0P4OFgZli4qMSi+GbsiyFN9Rfu0vDQeQwdx5Gf2Ah/04y8pOWJ/yqgjP2VVGEelRCv/P7PtlgUIfjX9wtFIhxX0w7C6JD
Q8I74TMMwvLoh9iLZRzeKPen3GYCJLY1qhpANWuV6M4ybpYXVsv33e4W91i2xp6kM=">

**Sello Digital del SAT**
EBZRmnILLA5sDeEE8hQ7UmBnt74mgCRmQ8SsHM6bNUTPxvEfcZuwGol3K6HRUtk+EGUPn3+ZPJrbQ/ZXneDyIaZdJKRwYxkAcKvv
C8xpKjyZ14ip56/nUIw/QcwPzZCvu7ZbYzMKNiJS83HWFrXZucEeCbuBF0jF7XzHrztjR1/Q=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI




# PLANET BERRIES, SA DE CV

CALIFORNIA 5 1 RAMON FARIAS
URUAPAN, MICHOACAN, MEXICO. CP:60050
PBE131021HK0
TEL (354) 542 1440 y 542 1517

# FACTURA

U00144

FECHA DE EMISION
20/01/2015 20:50:14

FECHA DE TIMBRADO
21/01/2015 02:58:35

| | |
|---|---|
| FORMA DE PAGO | Pago en una sola exhibicion |
| METODO DE PAGO | Transferencia Bancaria |
| CONDICIONES DE PAGO | Credito 30 dÃas |
| LUGAR DE EXPEDICION | LOS REYES |
| RÉGIMEN FISCAL | General |

**CLIENTE**
SWEETLEAF PRODUCE INC
Madison Ave. 261
NEW YORK NY ESTADOS UNIDOS CP:10016
XEXX010101000

**FOLIO FISCAL**
FB499EA2-4F10-4B02-9CD7-E95159888132

**CERTIFICADO DIGITAL**
00001000000301128979

**SERIE CERTIFICADO SAT**
00001000000202864530

| CANTIDAD | DESCRIPCION | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|
| 864.00 | FESTIVAL FRESH STRAWBERRY 1 LB / DASHA FRUT / SIN –DIVISOR / 001 COUNTRY OF ORIGN: MEXICO THIS SHIPMENT HAS NOT BEEN REJECTED IN ANOTHER COUNTRY. REGISTRO FDA: 13747381234 PRODUCTO ENTARIMADO EN MADERA | no aplica | 6.43 | 5,555.52 |

| | |
|---|---|
| SUBTOTAL | 5,555.52 |
| DESCUENTO | 0.00 |
| IVA | 0.00 |
| TOTAL | 5,555.52 |

**IMPORTE CON LETRA**
(CINCO MIL QUINIENTOS CINCUENTA Y CINCO DOLARES 52/100 USD)

**Cadena Original:**
||1.0|FB499EA2-4F10-4B02-9CD7-E95159888132|2015-01-20T20:58:35|O3Wxk3S8vlEjU8lbrvNjeHU+Hnp0Wj/ZVmzUJW+lg/SpWb
uUb2JE3P5PlrNAhhSM0l5TtEPUsDNu7eBcdwZrT5gisSmwo6SgMenqLBuqUV4cApoVBr2VZm4dwjUhEDDI1k+neofpwcPi7PAhuZOO
ktJwV+xA7UgBC1vPzMLKv4s=|00001000000202864530||

**Sello Digital del CFDI**
O3Wxk3S8vlEjU8lbrvNjeHU+Hnp0Wj/ZVmzUJW+lg/SpWbuUb2JE3P5PlrNAhhSM0l5TtEPUsDNu7eBcdwZrT5gisSmwo6SgMenqLBu
qUV4cApoVBr2VZm4dwjUhEDDI1k+neofpwcPi7PAhuZOOktJwV+xA7UgBC1vPzMLKv4s=">

**Sello Digital del SAT**
CykMyL1Jq64yzI/CGhjX/tUMCG/u7tJPbCF6OD30spBujOM5QGDvakAHSr7oyLAC9MurOHRBaNWzgYCEruk9Vz5qmwR/0mRV5ryLeg
TKlkd7pwY/RHov50AiPuQjuyouyQZPkBGC24Zof1i8xVbDK++9qRmt9wsQgYm2ZNUaT8=

FIRMA

ESTE DOCUMENTO ES UNA REPRESENTACION IMPRESA DE UN CFDI